ORIGINAL

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means        ☐ Original        ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>U.S. Priority Mail Express parcel EJ826733433US<br>as described in Attachment A-1 | ) ) ) ) ) ) Case No. 3:21-mc-768 A |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Oregon _____
*(identify the person or describe the property to be searched and give its location)*:

U.S. Priority Mail Express parcel EJ826733433US as described in Attachment A-1.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

The information and items set forth in Attachment B hereto.

**YOU ARE COMMANDED** to execute this warrant on or before __July 16, 2021__ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __U.S. Magistrate Judge JOLIE A. RUSSO, via Clerk__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  July 2, 2021   6:01pm                    _/s/ Jolie A. Russo_
                                                                *Judge's signature*

City and state:  Portland, Oregon                    HON. JOLIE A. RUSSO, United States Magistrate Judge
                                                                *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:21-mc-768 A | Date and time warrant executed:<br>07/06/21, 1:50 PM PDT | Copy of warrant and inventory left with:<br>USPS Priority Mail Express EJ826744433US |
| Inventory made in the presence of :<br>GA Ryan Glaser | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

Items used to conceal the presence of U.S. Currency including:

Cardboard Box
Toilet Paper
Pelican Type Travel Case w/ Locks
Vacuum Seal Bags

and U.S. Currency in the following amount:

```
400 x $100 = $ 40,000
401 x $50  = $ 20,050
2999 x $20 = $ 59,980
  0 x $10  = $
  0 x $5   = $
  0 x $1   = $
     Total = $120,030
```
////////////////////////////////////////////////////////////////NOTHING FOLLOWS////////////////////////////////////////////////////////////////

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/6/21

_Executing officer's signature_

David L. Hardin, U.S. Postal Inspector
_Printed name and title_

## Attachment A-1

### Parcel to be Searched:

The following U.S. Postal Service parcel, presently in the possession of the U.S. Postal Inspection Service at the USPIS Portland Domicile, 7007 NE Cornfoot Road, Portland, Oregon, 97218:

### DESCRIPTION OF THE SUBJECT PARCEL

#### Subject Parcel 1

| | |
|---|---|
| U.S. Priority Mail Express parcel number: | EJ826733433US |
| Sender name and address: | Eddie R.<br>24 Coyer Rd<br>Haines City, FL 33844 |
| Recipient name and address: | Jones Family<br>2468 NW Marken St<br>Bend, Oregon 97703 |
| Parcel Type: | 14" x 14" Pen & Gear Cardboard Box |



## ATTACHMENT B

## Items to Be Seized

The items to be searched for, seized, and examined, are those items in the **Subject Parcel 1 and Subject Parcel 2** located at 7007 NE Cornfoot Road, Portland, Oregon, 97218, referenced in Attachments A-1 and A-2, that contain evidence, contraband, fruits, and instrumentalities of violations of: Unlawful Use of the U.S. Mail with Intent to Distribute Proceeds of Unlawful Activity, in violation of 18 U.S.C. § 1952(a)(1); the Unlawful Use of a Communication Facility (U.S. Mail) to Distribute Controlled Substances, in violation of 21 U.S.C. § 843(b) and Conspiracy to commit this offense, in violation of 21 U.S.C. § 846; the Distribution of Controlled Substances in violation of 21 U.S.C. § 841(a)(1), and Conspiracy to commit this offense, in violation of 21 U.S.C. § 846; and/or criminal forfeiture related to drug trafficking, as provided in 21 U.S.C. § 853. The items to be seized cover the period of October 1, 2020 through the date of the execution of the search warrant.

1. Controlled substances, including marijuana, methamphetamine, cocaine, heroin, and any other illegal controlled substance listed in DEA Scheduling of Controlled Substances;
2. Currency and proceeds of controlled substance trafficking;
3. Packaging material and contents; and
4. Any items of identification, records, correspondence, accounts, ledgers, pay-and-owe sheets, or other documents associated with the manufacture, distribution, or possession of controlled substances or the possession or distribution of currency and proceeds of controlled substance trafficking, or with the laundering of monetary instruments.